**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1893**

---

TIMOTHY DANIEL HEAD,

Plaintiff - Appellant,

versus

RUTHERFORD COUNTY SHERIFF'S DEPARTMENT, and
Operations Center 911; DANIEL J. GOOD,
Sheriff, an individual; RUTHERFORD TOWN POLICE
DEPARTMENT; GREENWAY, Chief, an individual;
FOREST CITY POLICE DEPARTMENT; RANDY CHAPMAN,
Chief, an individual; SPRINDALE POLICE
DEPARTMENT; DEVINEY, Chief, an individual;
TOWN OF LAKE LURE, Police Department; MIKE
BUSTLE, Chief, an individual,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Lacy H. Thornburg,
District Judge. (CA-04-45-1)

---

Submitted: November 29, 2004          Decided: January 11, 2005

---

Before NIEMEYER, LUTTIG, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy Daniel Head, Appellant Pro Se. Scott Douglas MacLatchie,
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Charlotte, North Carolina,
Sandra Moody King, RUSSELL & KING, Asheville, North Carolina,
Matthew L. Mason, MOSS, MASON & HILL, Greensboro, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Daniel Head appeals the district court's orders (1) dismissing Head's claim that he was denied his Fourteenth Amendment property rights and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Head v. Rutherford County Sheriff's Dep't, No. CA-04-45-1 (W.D.N.C. Apr. 20, 2004, and May 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED